JENNIFER R. BERGH, ESQ.
Nevada Bar No.: 14480
THE LAW OFFICES OF MICHELLE GHIDOTTI
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: Jbergh@ghidottilaw.com

Attorney for Creditor
Bridgecrest Credit Company, LLC, its successors and assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re:<br><br>Elizabeth Rodriguez ,<br><br>    Debtors. | CASE NO.:  18-11810-leb<br><br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

    I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1
CERTIFICATE OF SERVICE

1  be deposited with the United States Postal Service the same day of deposit in the ordinary
2  course of business.
3
4  On August 23, 2018 I served the following documents described as:
5
- **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

6  on the interested parties in this action by placing a true and correct copy thereof in a sealed
7  envelope addressed as follows:
8  (Via United States Mail)

| **Debtor**<br>ELIZABETH RODRIGUEZ<br>9885 COVE HAVEN COURT<br>LAS VEGAS, NV 89178<br><br>**Debtor's Counsel**<br>XENOPHON PETERS<br>PETERS & ASSOCIATES, LLP<br>6173 S. RAINBOW BLVD.<br>LAS VEGAS, NV 89118 | **Trustee**<br>RICK A. YARNALL<br>701 BRIDGER AVE., #820<br>LAS VEGAS, NV 89101 |
|---|---|

  __xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

  _____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  __xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

          Executed on August 23, 2018 at Santa Ana, California

/s / Krystle Miller
Krystle Miller

2
CERTIFICATE OF SERVICE